UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY DAVIS,

    Plaintiff,                            Case No. 1:12-cv-677

v.                                         HON. ROBERT HOLMES BELL

PETE DEKLEIN, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On December 3, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 76), recommending that this Court grant summary judgment in favor of Defendant Kast.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED**  that the Magistrate Judge's December 3, 2013, R&R (Dkt. No. 76) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Kast's motion for summary judgment (Dkt. No. 57) is **GRANTED**.


Dated: January 9, 2014                            /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE